UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
STEVEN NACHSHEN,                                                   :
                                                                   :
                              Plaintiff(s),                        :
                                                                   :        18   Civ. 3452   (KBF)
                    -v-                                            :
230 W 48 REALTY, LLC, et al.,                                      :        SCHEDULING ORDER
                                                                   :
                              Defendant(s).                        :
------------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

The parties propose the following schedule for this matter:

1. All parties **[do ☐ / do not ☒ ]** consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.[1]

2. Amended pleadings may not be filed, and no party may be joined, without leave of Court more than 20 days after the filing of this Order or the filing of a responsive pleading, whichever occurs first.

3. Close of fact discovery: November 12, 2018. **[within 4 months unless the case is particularly complex]**

4. Close of expert discovery: December 7, 2018. **[25 days after the close of fact discovery; the parties are to negotiate interim dates regarding expert witnesses]**

    The parties contemplate experts in this matter for the following subject(s): ADA accessibility compliance, construction and finance.

5. **[For F.L.S.A. actions only]** Plaintiff(s) **[do ☐ / do not ☐ ]** anticipate making a motion for conditional certification of a collective action under 29 U.S.C. § 216(b). Plaintiff(s) shall include a proposed notice with the opening brief.

---

[1] If all parties so consent, they should execute a consent form (available at http://www.nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it to the Court via e-mail, along with this proposed order.

Section 216(b) proposed briefing schedule:
Opening: _____ **[30 days after initial conference]**
Opp'n: _____ **[21 days after opening brief]**
Reply: _____ **[7 days after opposition brief]**

6. The parties **[do    / do not X   ]** anticipate making dispositive motions. The contemplated dispositive motion(s) is/are a motion(s) _____.

   Proposed briefing schedule:
   Opening: _____ **[no later than item 3]**
   Opp'n: _____ **[21 days after opening brief]**
   Reply: _____ **[7 days after opposition brief]**
   *Last dates to file; motions may be brought at any time.*

7. Trial **[will ☒ / will not ☐ ]** be before a jury.[2]

   **DO NOT FILL IN BELOW.  THE COURT WILL SET ITEMS 7-10.**

8. The next status conference is set for _____ at _____.

9. Pretrial materials, including the Joint Pretrial Order ("JPTO"), are due: _____.

10. The Final Pretrial Conference ("FPTC") is set for _____ at _____.

    Motions in limine are due <u>two weeks</u> before FPTC; oppositions are due one week later.  <u>Daubert</u> motions are due <u>four weeks</u> before FPTC; oppositions are due two weeks later.  (No replies.)[3]

11. Trial in this matter shall commence on _____.  Trial is anticipated to take _____ **[days / weeks]**.

    **Settlement discussions must occur in parallel to this schedule (schedule will not be adjourned, except in very unusual situations, for settlement discussions).**

    SO ORDERED.
    Dated: New York, New York
    _____, 2018

    _____
    KATHERINE B. FORREST
    United States District Judge

---

[2] Checking this box does not constitute a formal jury demand under Fed. R. Civ. P. 38(b).  It serves a purely administrative function.

[3] Deadlines for motions in limine and <u>Daubert</u> motions are generalized and subject to change.  The parties may request modified schedule if desired.